

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Timothy Urbanek,

Vs. No. 11-16-00125-CR

The State of Texas,

\* From the County Court at Law
of Erath County
Trial Court No. 46,090.

\* September 29, 2017

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.